UNITED STATES DISTRICT COURT
FILED

March 22, 2000

EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

*00-0020*

### CALL DOCKET

Counsel for plaintiffs in the following numbered and entitled cases are hereby notified that said cases will be called on WEDNESDAY, APRIL 12, 2000, at 9:30 a.m. before JUDGE HELEN G. BERRIGAN.  Failure to show good cause will result in dismissal for failure to prosecute.

**99-1168**      **GERALD W. CARDARONELLA V FAB CON INC., ET AL**
           **As to Abdon Callais Offshore, L.L.C., etc.**


**99-1534**      **IN THE MATTER OF TE MARINE, INC., ETC.**
**c/w**          **(REF: 99-1710)**
**99-1710**


**99-2311**      **RENE MEJIA, JR. V MONITOR, LTD., ET AL**
           **As to Centrosim Management Company**


**99-2616**      **DANTAM QUY MUI, ET AL V GOODYEAR TIRE & RUBBER CO., ET AL**
           **As to defendants Robert F. Morrwo, Shirley Thompson Morrow, Frederick J. Sigur and Marguerite Bradbury**
           **As to third-party defendants Louisiana Tire Centers, Inc. and Joe Conti Toyota, Inc.**


**99-3928**      **COLORODO RIVER COMMUNICATIONS, INC. V MCI WORLDCOM COMMUNICATIONS, INC.**

__Fee_____
__Process_____
__Dktd____KAC_____
__CtRmDep_____
Doc.No._____



**00-0020**    **CARGILL FERROUS INTERNATIONAL V M/V DURMITOR, ETC., ET AL**

**00-0098**    **UNITED STATES OF AMERICA V DIANNA J. WILLIAMS**

**00-0155**    **HARTNEL HENRY, ETC., ET AL V JACK HOFFMAN, ET AL**

**00-0181**    **SUSAN NORTON V EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES**

**KIMBERLY A. COUNTY**
**Courtroom Deputy**
**504-589-7682**

**PLEASE DIRECT ALL INQUIRIES TO THE ABOVE NAMED COURTROOM DEPUTY**