UNITED STATES DISTRICT COURT
FILED

April 13, 2000

EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*00-0020*

## CALL DOCKET

The following cases were called this date to show cause why they should not be dismissed for failure to prosecute.  After hearing, IT IS ORDERED that said cases be disposed of as indicated below:

**99-1168**     **GERALD W. CARDARONELLA V FAB CON INC., ET AL**
As to Abdon Callais Offshore, L.L.C., etc.
CASE NOT CALLED: ANSWER FILED.

**99-1534**     **IN THE MATTER OF TE MARINE, INC., ETC.**
**c/w**         **(REF: 99-1710)**
**99-1710**     **CASE CALLED: C.A. 99-1710 ORDERED DISMISSED WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE**

**99-2311**     **RENE MEJIA, JR. V MONITOR, LTD., ET AL**
As to Centrosim Management Company
CASE CALLED: ORDERED THAT CENTROSIM MANAGEMENT COMPANY IS HEREBY DISMISSED FOR PLAINTIFF'S FAILURE TO PROSECUTE

**99-2616**     **DANTAM QUY MUI, ET AL V GOODYEAR TIRE & RUBBER CO., ET AL**
As to defendants Robert F. Morrwo, Shirley Thompson Morrow, Frederick J. Sigur and Marguerite Bradbury
As to third-party defendants Louisiana Tire Centers, Inc. and Joe Conti Toyota, Inc.
CASE CALLED: ORDERED PASSED FOR 45 DAYS.

__Fee_____
__Process_____
__Dktd____KAC_____
__CtRmDep_____
Doc.No. __3__

DATE OF ENTRY _____4/13/00_____

99-3928    COLORADO RIVER COMMUNICATIONS, INC. V MCI WORLDCOM
COMMUNICATIONS, INC.
CASE CALLED: PASSED FOR 30 DAYS

00-0020    CARGILL FERROUS INTERNATIONAL V M/V DURMITOR, ETC., ET
AL
CASE NOT CALLED: PASSED FOR 60 DAYS.

00-0098    UNITED STATES OF AMERICA V DIANNA J. WILLIAMS
CASE NOT CALLED: CASE CLOSED.

00-0155    HARTNEL HENRY, ETC., ET AL V JACK HOFFMAN, ET AL
CASE NOT CALLED: ANSWER FILED AS TO THE CITY OF NEW
ORLEANS AND JACK HOFFMAN; PASSED FOR 30 DAYS AS TO THE
NEW ORLEANS POLICE DEPARTMENT

00-0181    SUSAN NORTON V EQUITABLE LIFE ASSURANCE SOCIETY OF THE
UNITED STATES
CASE NOT CALLED: ANSWER FILED.

New Orleans, Louisiana, this ____12th____ day of April 2000.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE