

```
UNITED STATES DISTRICT COURT
              FILED
         June 28, 2000
EASTERN DISTRICT OF LOUISIANA
         Loretta G. Whyte
              Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET

The following cases were called this date to show cause why they should not be dismissed for failure to prosecute. After hearing, IT IS ORDERED that said cases be disposed of as indicated below:

| | |
|---|---|
| 99-2616 | DANTAM QUY MUI, ET AL V GOODYEAR TIRE & RUBBER CO.<br>As to Robert F. Morrow, Shirley Thompson Morrow, Frederick J. Sigur and Marguerite Bradbury on original complaint<br>As to Joe Conte Toyota, Inc. and Louisiana Tire Centers, Inc. on the third-party complaint<br>CASE CALLED: PASSED FOR 30 DAYS AS TO ROBERT F. MORROW, SHIRLEY THOMPSON MORROW & FREDERICK J. SIGUR ON THE ORIGINAL COMPLAINT; PLAINTIFFS' ORAL MOTION TO DISMISS AS TO MARGUERITE BRADBURY - GRANTED. PASSED FOR 30 DAYS AS TO JOE CONTE TOYOTA, INC. AND LOUISIANA TIRE CENTERS, INC. ON THE THIRD PARTY COMPLAINT. |
| 99-3461 | MARK EUGENE BLEAKLEY, ETC. V ANTHONY T. CANTILLO, ET AL<br>As to Anthony T. Cantillo, Eric J. Poche, Jr. and Joseph R. Genovese, Jr.<br>CASE NOT CALLED: PASSED FOR 2 WEEKS. |
| 00-0020 | CARGILL FERROUS INTERNATIONAL, ETC. V M/V DURMITOR, ETC., ET AL<br>CASE NOT CALLED: PASSED FOR 30 DAYS. |

```
__Fee_____
__Process_____
__Dktd      KAC
__CtRmDep_____
  Doc.No. 7
```

DATE OF ENTRY    6/28/00

| | |
|---|---|
| 00-0342 | ELLIS MCCLELLAN V HOEGH LINES<br>CASE NOT CALLED: ANSWER FILED. |
| 00-0484 | FRANK ROMAGUERA V OFFICER DORSEY, ETC., ET AL<br>As to Orleans Parish School Board<br>CASE NOT CALLED: ANSWER FILED. |
| 00-0609 | TERRY CULBERTSON V CHEMSTAR CORPORATION<br>CASE NOT CALLED: PASSED FOR 30 DAYS. |
| 00-0764 | CARGILL FERROUS INTERNATIONAL, ETC. V M/V SEA PHOENIX, ET AL<br>As to China Ocean Shipping (Group) Co. and Serene Sky Shipping, Inc.<br>CASE NOT CALLED: PASSED FOR 30 DAYS. |
| 00-0775 | UNITED STATES OF AMERICA V DANIELLE W. HONOR<br>CASE NOT CALLED: CASE CLOSED. |
| 00-0858 | UNITED STATES OF AMERICA V EARL A. MAXWELL<br>CASE NOT CALLED: CASE CLOSED. |
| 00-0910 | UNITED STATES OF AMERICA V ROBIN J. HATCHER<br>CASE NOT CALLED: CASE CLOSED. |

New Orleans, Louisiana, this \_\_\_\_28th\_\_\_\_ day of June 2000.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE