```
UNITED STATES DISTRICT COURT
           FILED
      July 13, 2000
EASTERN DISTRICT OF LOUISIANA
       Loretta G. Whyte
           Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET

Counsel for plaintiffs in the following numbered and entitled cases are hereby notified that said cases will be called on WEDNESDAY, AUGUST 16, 2000, at 9:30 a.m. before JUDGE HELEN G. BERRIGAN. Failure to show good cause will result in dismissal for failure to prosecute.

99-2616   DANTAM QUY MUI, ET AL V GOODYEAR TIRE & RUBBER CO., ET AL
As to Robert F. Morrow, Shirley Thompson Morrow, Frederick J. Sigur, Louisiana Tire Centers, Inc., Joe Conte Toyota, Inc., Hotel Dieu Hospital and Reliance Insurance Company on the original complaint.
As to Louisiana Tire Centers, Inc., Joe Conte Toyota, Inc., Frederick J. Sigur, Jr., Kenneth M. Sigur, Reliance Insurance Company of Illinois and Frederick J. Sigur on the third party complaint by The Goodyear Tire and Rubber Company.

00-0020   CARGILL FERROUS INTERNATIONAL, ETC. V M/V DURMITOR, ETC., ET AL

00-0172   VASHON HOLLOWAY V CHARLES C. FOTI, JR., ET AL
As to Alonzo Butler

```
__Fee_____
__Process_____
__Dktd___KAC___
__CtRmDep_____
  Doc.No.__8__
```

00-0247    CARGILL FERROUS INTERNATIONAL, ETC. V M/V EMMA OLDENDORFF, ETC., ET AL

00-0609    TERRY CULBERTSON V CHEMSTAR CORPORATION

00-0961    THE CONTINENTAL INSURANCE COMPANY V M/V SEABOARD PERU, ETC., ET AL
As to Bruno Bischoff Shipping Ltd.

00-1010    HOCHSCHILD PARTNERS, L.L.C. V M/V TARPON CLIPPER, ET AL
As to Rickmers-Linie

00-1034    DOUBLE EAGLE MARINE, INC. V GIMROCK CONSTRUCTION, INC.

00-1067    SUN LIFE ASSURANCE COMPANY OF CANADA V SHEILA RICHARDSON
As to Shirley Ann Richardson

KIMBERLY A. COUNTY
Courtroom Deputy
504-589-7682

**PLEASE DIRECT ALL INQUIRIES TO THE ABOVE NAMED COURTROOM DEPUTY**