```
UNITED STATES DISTRICT COURT
              FILED
    ┌─────────────────────────┐
    │    August 17, 2000      │
    └─────────────────────────┘
   EASTERN DISTRICT OF LOUISIANA
         Loretta G. Whyte
              Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


00-20

## CALL DOCKET

The following cases were called August 16, 2000, to show cause why they should not be dismissed for failure to prosecute. After hearing, IT IS ORDERED that said cases be disposed of as indicated below:

99-2616   DANTAM QUY MUI, ET AL V GOODYEAR TIRE & RUBBER CO., ET AL
As to Robert F. Morrow, Shirley Thompson Morrow, Frederick J. Sigur, Louisiana Tire Centers, Inc., Joe Conte Toyota, Inc., Hotel Dieu Hospital and Reliance Insurance Company on the original complaint.
CASE CALLED AND DISPOSED OF AS FOLLOWS:
ANSWER FILED as to R. Morrow, S. Morrow, F. Sigur.
RETURN OF SERVICE FILED as to Reliance Insurance Company.
RETURN OF SERVICE FILED as to Louisiana Tire Centers, Inc. - Pltf advised the Court that a default will be filed as soon as possible.
RETURN OF SERVICE FILED as to Hotel Dieu Hospital
As to Louisiana Tire Centers, Inc., Joe Conte Toyota, Inc., Frederick J. Sigur, Jr., Kenneth M. Sigur, Reliance Insurance Company of Illinois and Frederick J. Sigur on the third party complaint by The Goodyear Tire and Rubber Company.
CASE CALLED AND DISPOSED OF AS FOLLOWS:
ANSWER FILED as to S. Thompson, R. Morrow, F. Sigur, K. Sigur and Reliance Insurance Company
REQUEST TO ENTER DEFAULT FILED as to Louisiana Tire Centers, Inc. Joe Conte Toyota, Inc. - 3rd pty pltf advised the Court that service has been accomplished and the return of service will be filed as soon as possible.

```
__Fee_____
__Process_____
__Dktd____KAC___
__CtRmDep_____
  Doc.No. 12
```

DATE OF ENTRY ___ 8/17/00 _____

00-0020    CARGILL FERROUS INTERNATIONAL, ETC. V M/V DURMITOR, ETC., ET AL
CASE NOT CALLED: VOLUNTARY DISMISSAL FILED AS TO AMERICAN COMMERCIAL BARGE LINES COMPANY
ANSWER FILED AS TO JUGOSLAVENSKA OCEANSKA PLOVIDBA, SOUTH CROSS SHIPPING, LTD. AND STEVEDORES, INC.

00-0172    VASHON HOLLOWAY V CHARLES C. FOTI, JR., ET AL
As to Alonzo Butler
CASE NOT CALLED: RETURN OF SERVICE FILED.

00-0247    CARGILL FERROUS INTERNATIONAL, ETC. V M/V EMMA OLDENDORFF, ETC., ET AL
ANSWER FILE BY COASTAL CARGO COMPANY, INC.
PASSED FOR TWO WEEKS AS TO OLDENDORFF E AND GOLDEN STEVEDORES.

00-0609    TERRY CULBERTSON V CHEMSTAR CORPORATION
CASE NOT CALLED: PASSED FOR 2 WEEKS

00-0961    THE CONTINENTAL INSURANCE COMPANY V M/V SEABOARD PERU, ETC., ET AL
As to Bruno Bischoff Shipping Ltd.
CASE CALLED: ORDERED DISMISSED WITHOUT PREJUDICE AS TO BRUNO BISCHOFF SHIPPING LTD. FOR PLAINTIFF'S FAILURE TO PROSECUTE.

00-1010    HOCHSCHILD PARTNERS, L.L.C. V M/V TARPON CLIPPER, ET AL
As to Rickmers-Linie
CASE NOT CALLED: PASSED FOR 30 DAYS.

00-1034    DOUBLE EAGLE MARINE, INC. V GIMROCK CONSTRUCTION, INC.
CASE NOT CALLED: CASE CLOSED

00-1067     SUN LIFE ASSURANCE COMPANY OF CANADA V SHEILA RICHARDSON
            As to Shirley Ann Richardson
            CASE NOT CALLED: DEFAULT ENTERED

New Orleans, Louisiana, this ___17th___ day of August 2000.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE