FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 23 PM 2: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL, INCORPORATED** | : CIVIL ACTION NO. 00-0020 |
| | : |
| | : JUDGE: |
| | : |
| Plaintiff | : SECTION: "C" |
| | : |
| VERSUS | : MAGISTRATE JUDGE: 4 |
| | : |
| M/V DURMITOR, her engines, tackle, apparel, etc., *in rem*, JUGOSLAVENSKA OCEANSKA PLOVIDBA (JUGOOCEANIJA), SOUTHERN CROSS SHIPPING, LTD. and American Commercial Barge Lines, Inc., Stevedores, Inc. *in personam* | : |

## MOTION AND ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes, plaintiff Cargill Ferrous International, A Department of Cargill Incorporated, and on suggesting to this Honorable Court that the law firm of Emmett, Cobb, Waits, Kessenich & O'Neil represented the plaintiff Cargill Ferrous International, A Department of Cargill Incorporated , but that said Emmett, Cobb, Waits, Kessenich & O'Neil is no longer counsel for said plaintiff, Cargill Ferrous International, A Department of Cargill Incorporated, and desires to withdraw from this case; and on further suggesting to the Court that O'Neil, Galvin & Terrill, L.L.C. now represent the plaintiff Cargill

DATE OF ENTRY
OCT 24 2000

Ferrous International, A Department of Cargill Incorporated and desires to be made counsel of record in this proceeding.

Respectfully submitted, this 19th day of October, 2000.

        EMMETT, COBB, WAITS, KESSENICH & O'NEIL

BY: _____
        WILLIAM E. O'NEIL (10213)
        WILLIAM K. TERRILL, II (25897)
        1515 Poydras Street
        Suite 1950
        New Orleans, Louisiana 70112
        Telephone: (504) 581-1301

        O'NEIL, GALVIN & TERRILL, L.L.C.

BY: _____
        WILLIAM E. O'NEIL (10213)
        WILLIAM K. TERRILL, II (25897)
        1100 Poydras Street
        Suite 2250
        New Orleans, Louisiana 70163
        Telephone: (504) 581-1301 through
        October 31, 2000, after October 31, 2000
        (504) 525-3200

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed, this 19th day of October, 2000.

_____
WILLIAM E. O'NEIL
WILLIAM K. TERRILL, II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL, INCORPORATED | : CIVIL ACTION NO. 00-0020 <br> : <br> : JUDGE: <br> : |
| Plaintiff | : SECTION: "C" <br> : |
| VERSUS | : MAGISTRATE JUDGE: 4 <br> : |
| M/V DURMITOR, her engines, tackle, apparel, etc., *in rem*, JUGOSLAVENSKA OCEANSKA PLOVIDBA (JUGOOCEANIJA), SOUTHERN CROSS SHIPPING, LTD. and American Commercial Barge Lines, Inc., Stevedores, Inc. *in personam* | : <br> : <br> : <br> : <br> : |

# ORDER

**IT IS ORDERED** by the Court that the law firm of Emmett, Cobb, Waits, Kessenich & O'Neil be permitted to withdraw from this case and that the law firm of Emmett, Cobb, Waits, Kessenich & O'Neil be erased from the records thereof; and

**IT IS FURTHER ORDERED** that O'Neil, Galvin & Terrill, L.L.C. be substituted as counsel of record for the plaintiff Cargill Ferrous International, A Department of Cargill Incorporated.

**IT IS FURTHER ORDERED** that the Clerk of Court is hereby instructed to remove the name of Emmett, Cobb, Waits, Kessenich & O'Neil from its distribution list and to substitute the law firm of O'Neil, Galvin & Terrill, L.L.C., 2250 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana, 70163, Telephone: (504) 525-3200 as attorneys of record for the plaintiff Cargill Ferrous International, A Department of Cargill Incorporated.

New Orleans, Louisiana, this 24 day of Oct, 2000.

_____
DISTRICT JUDGE