

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL, INCORPORATED | * | CIVIL ACTION |
| | * | NO. 00-0020 |
| VERSUS | * | SECTION "C" (4) |
| M/V DURMITOR, ET AL | * | JUDGE BERRIGAN |
| * * * * * * * * * | | MAG. ROBY |

### MOTION AND ORDER TO EXTEND EXPERT DEADLINE

Now into Court, through undersigned counsel, come defendants, Jugoslavenska Oceanska Plovidba (Jugooceanija) ("Jugooceanija") and South Cross Shipping, Ltd. ("South Cross"), and respectfully move this Honorable Court for a twenty (20) day extension of the deadline for exchange of defendants' expert reports, up to and including 30 November 2000;

Upon suggesting to this Court that defendants are in need of additional time within which to obtain its expert's report in this matter;

DATE OF ENTRY
NOV 16 2000

Upon further suggesting to this Honorable Court that such an extension will not affect the trial date in this matter presently set for 1 February 2001;

Upon suggesting to this Honorable Court that no previous extensions of the deadline for exchange of expert reports has been sought by or granted to any of the parties;

Counsel for defendants has contacted counsel for plaintiff and counsel has no objection to the granting of this extension.

                                      Respectfully submitted,

                                      MURPHY, ROGERS & SLOSS

                                      _____
E. Carroll Rogers, T.A. #11421
John H. Musser, V #22545
701 Poydras Street
400 One Shell Square
New Orleans, LA 70139 (523-0400)
Attorneys for Jugoslavenska Oceanska
Plovidba (Jugooceanija) and South
Cross Shipping, Ltd.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this 9th day of November 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

_[signature]_

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL, INCORPORATED | * | CIVIL ACTION |
| | * | NO. 00-0020 |
| VERSUS | * | SECTION "C" (4) |
| M/V DURMITOR, ET AL | * | JUDGE BERRIGAN |
| * * * * * * * * * | | MAG. ROBY |

## ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants' expert deadline be extended an additional twenty (20) days, up to and including 30 November 2000.

New Orleans, Louisiana, this __16__ day of November 2000.

_____
UNITED STATES DISTRICT JUDGE