FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -4 PM 2:23

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BERRIGAN, J.
January 4, 2001

| | |
|---|---|
| CARGILL FERROUS INTERNATIONAL | CIVIL ACTION |
| VERSUS | NO. 00-20 |
| M/V DURMITOR, ETC., ET AL | SECTION "C" |

    IT IS ORDERED that the pre-trial conference previously set for January 10, 2001, at 3:00 p.m. is hereby CONTINUED and RESET for January 18, 2001, at 8:30 a.m. at the suggestion of counsel in order to facilitate settlement.  A signed pre-trial order shall be filed by January 17, 2001, at 9:00 a.m. in the event that settlement is not reached.

DATE OF ENTRY
JAN - 5 2001