*M*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -9 PM 4: 45

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**January 9, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARGILL FERROUS INTERNATIONAL** | **CIVIL ACTION** |
| **VERSUS** | **NO:    00-0020** |
| **DURMITOR MV, ET AL** | **SECTION: "C" (4)** |

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore the Settlement Conference **(doc #19)** scheduled for January 10, 2001, is **Canceled.**

The District Judge's staff has been notified to enter a 60-day Order of Dismissal.

KAREN WELLS ROBY
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**Judge Ginger Berrigan**

DATE OF ENTRY
JAN 1 0 2001

_____Fee_____
_____Process_____
__X__Dktd_____
_____CtRmDep_____
Doc.No._____21