*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 10 PM 12: 52

LORETTA G. WHYTE
CLERK*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARGILL FERROUS INTERNATIONAL** | * | CIVIL ACTION |
| **VERSUS** | * | No. 00-0020 |
| **DURMITOR MV, ET AL** | * | SECTION "C" (4) |

### ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

      COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE

      BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE

      NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, January 9, 2001

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 1 0 2001

___Fee_____
___Process__
_X_Dktd_____
___CtRmDep__
Doc.No. 22