

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 29 PM 3: 51

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARGILL FERROUS INTERNATIONAL, A DEPARTMENT OF CARGILL, INCORPORATED | * | CIVIL ACTION |
| | * | NO. 00-0020 |
| VERSUS | * | SECTION "C" (4) |
| M/V DURMITOR, ET AL | * | JUDGE BERRIGAN |
| *    *    *    *    *    *    *    *   | * | MAG. ROBY |

## MOTION AND ORDER OF DISMISSAL

Now into Court come all parties in the captioned action, and on showing to the

Court that all claims herein have been settled and satisfied, move that the complaint

herein be dismissed with prejudice, each party to bear its own costs;

IT IS ORDERED, ADJUDGED AND DECREED that all of the pleadings in the

above styled and captioned action be and the same are hereby dismissed with prejudice as

of compromise, each party to bear its own costs.

DATE OF ENTRY

MAY 3 0 2001



New Orleans, Louisiana, this ___ day of _____ 2001.

_____
UNITED STATES DISTRICT JUDGE


Respectfully submitted,

O'NEIL, GALVIN & TERRILL, L.L.C.

_____
William K. Terrill, II #25897
1100 Poydras Street
Suite 2250
New Orleans, LA   70163
Telephone: (504) 525-3200
Attorneys for Cargill Ferrous International,
A Department of Cargill, Inc.


MURPHY, ROGERS & SLOSS

_____
E. Carroll Rogers, T.A. #11421
John H. Musser, IV #22545
701 Poydras Street
400 One Shell Square
New Orleans, LA 70139 (523-0400)
Attorneys for Jugoslavenska Oceanska Plovidba
(Jugooceanija) and South Cross Shipping, Ltd.

2

GELPI, SULLIVAN & CARROLL

_____
C. Gordon Starling #12408
400 Poydras Street, Suite 2525
New Orleans, LA   70130
Telephone: (504) 524-9714
Attorneys for Stevedores, Inc.

3